**EXHIBIT A**

07/11/2007 14:27 410-962-2824 USMS BALTIMORE WTS PAGE 01/01

Case 1:19-mj-00975-SJB Document 61 Filed 10/23/19 Page 6 of 24 PageID# 28
Case 8:00-cr-00605-PJM Document 19-1 Filed 10/28/19 Page 2 of 14

# United States District Court
## District of Maryland



RECEIVED
U.S. MARSHAL
BALTIMORE MD
2005 MAR 21 A 11: 51

UNITED STATES OF AMERICA         WARRANT FOR ARREST

v.

Abetubokun A. Adesioye              Case No. AW 00-0373
                                              AW 00-0605

TO: The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Abetubokun A. Adesioye** and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him/her with *(brief description of offense):*

SEE ATTACHED

RECEIVED ON ROTOR 9(w)7

in violation of Title United States Code, Section(s) _____

| | |
|---|---|
| Felicia C. Cannon | Clerk, United States District Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | March 17, 2005   Greenbelt, Maryland |
| (By) Deputy Clerk | Date and Location |

Bail fixed at $ No Recommendation     by Charles B. Day, United States Magistrate Judge
                                                           Name of Judicial Officer

RETURN

This warrant was received and executed with the arrest of the above-named defendant...

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

*COPY — FOR INVESTIGATIVE PURPOSES ONLY — ORIGINAL ON FILE WITH U.S. MARSHAL BALTIMORE, MARYLAND*

U.S. DISTRICT COURT (Rev. 12/98)

29Q-BA-0100310
J.L.M.

RJR: USAO #2000R0 1922

December 20, 2000

FILED ___ ENTERED
___ LODGED ___ RECEIVED

DEC 20 2000

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. AW 00 CR 0605 |
| v. : | (Bank Fraud, 18 U.S.C. § 1344; |
| : | Aiding & Abetting, 18 U.S.C. § 2) |
| **ADETUBOKUN A. ADESIOYE** : | |

...oOo...

### INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

1. At all times relevant to this Indictment, Huntingdon National Bank and First Union Bank were financial institutions the deposits of which were insured by the Federal Deposit Insurance Corporation.

2. On or about October 1999, in District of Maryland and elsewhere, the defendant,

**ADETUBOKUN A. ADESIOYE,**

did knowingly execute, and attempt to execute, a scheme and artifice to defraud a financial institution, and to obtain moneys, assets, securities and other property owned by, and under the custody and control of, a financial institution, by means of false and fraudulent pretenses, representations and promises; by depositing five counterfeit cashier's checks drawn on Huntingdon National Bank to a bank account in the name of Ave Marshall at First Union Bank, and withdrawing proceeds of the counterfeit checks.

18 U.S.C. § 1344
18 U.S.C. § 2

DEC 20 2000

USCA2 9

## COUNT TWO

1.  At all times relevant to this Indictment, First Union Bank and First Union National Bank of Georgia were financial institutions the deposits of which were insured by the Federal Deposit Insurance Corporation.

2.  In or about October 1999, in District of Maryland and elsewhere, the defendant,

### ADETUBOKUN A. ADESIOYE,

did knowingly execute, and attempt to execute, a scheme and artifice to defraud a financial institution, and to obtain moneys, assets, securities and other property owned by, and under the custody and control of, a financial institution, by means of false and fraudulent pretenses, representations and promises; by depositing a counterfeit check drawn on the account Morris & Schneider, P.C. at First Union National Bank of Georgia of in the amount of $24,620.00 to a bank account in the name of Ameerah N. Bridges at First Union Bank, and withdrawing proceeds of the counterfeit check.

18 U.S.C. § 1344
18 U.S.C. § 2

2

USCA2 10

## COUNT THREE

1. At all times relevant to this Indictment, First Virginia Bank-Maryland was a financial institution the deposits of which were insured by the Federal Deposit Insurance Corporation.

2. In or about October 1999, in District of Maryland and elsewhere, the defendant,

**ADETUBOKUN A. ADESIOYE,**

did knowingly execute, and attempt to execute, a scheme and artifice to defraud a financial institution, and to obtain moneys, assets, securities and other property owned by, and under the custody and control of, a financial institution, by means of false and fraudulent pretenses, representations and promises; by depositing a counterfeit check drawn on the account of Brennan Title Company at First Virginia Bank-Maryland in the amount of $23,216.00 to a bank account in the name of Daryl C. Wallace at Allfirst Bank, and withdrawing proceeds of the counterfeit check.

18 U.S.C. § 1344
18 U.S.C. § 2

3

## COUNT FOUR

The Grand Jury further charges that:

1. At all times relevant to this Indictment, First Virginia Bank-Maryland was a financial institution the deposits of which were insured by the Federal Deposit Insurance Corporation.

2. In or about October 1999, in District of Maryland and elsewhere, the defendant,

**ADETUBOKUN A. ADESIOYE,**

did knowingly execute, and attempt to execute, a scheme and artifice to defraud a financial institution, and to obtain moneys, assets, securities and other property owned by, and under the custody and control of, a financial institution, by means of false and fraudulent pretenses, representations and promises; by depositing a counterfeit check drawn on the account of Brennan Title Company at First Virginia Bank-Maryland in the amount of $24,100.15 to a bank account in the name of Tosha J. Smith at Bank of America, and withdrawing proceeds of the counterfeit check.

18 U.S.C. § 1344
18 U.S.C. § 2

LYNNE A. BATTAGLIA
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**

Date: December 20, 2000

4

RJR: USAO #2000R001109

July 31, 2000

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. Aw-00-0373 |
| v. : | (Conspiracy, 18 U.S.C. § 371; |
| : | Bank Fraud, 18 U.S.C. § 1344; |
| ABETUBOKUN A. ADESIOYE, : | Aiding & Abetting, 18 U.S.C. § 2) |
| DAWN L. HALL, : | |
| SHAWN M. RAPHAEL, : | |
| OLUWAYINKA A. TAIWO and : | |
| YETUNDE F. OGUNYANKIN : | |

...oOo...

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

### Introduction

At all times relevant to this indictment:

1. **DAWN L. HALL** was employed as a bank teller by Crestar Bank (also known as SunTrust Bank) in Olney, Maryland and Shady Grove, Maryland.

2. **OLUWAYINKA A. TAIWO** was employed as a bank teller by Crestar Bank (also known as Suntrust Bank) in Greenbelt, Maryland.

3. **SHAWN M. RAPHAEL** was employed as a bank teller by Crestar Bank (also known as Suntrust Bank) in Calverton, Maryland.

4. Crestar Bank (also known as SunTrust Bank) was a financial institution the deposits of which were insured by the Federal Deposit Insurance Corporation.

5. Chevy Chase Bank was a financial institution the deposits of which were insured by the Federal Deposit Insurance Corporation.

6. First Commonwealth Federal Credit Union was a federal credit union the deposits of which were insured by the National Credit Union Share Insurance Fund.

7. State Employees Credit Union of Maryland was a financial institution the deposits of which were insured by the National Credit Union Share Insurance Fund.

8. Commonwealth One Federal Credit Union was a financial institution the deposits of which were insured by the National Credit Union Share Insurance Fund.

9. Andrews Federal Credit Union was a financial institution the deposits of which were insured by the National Credit Union Share Insurance Fund.

### Charge

10. From in or about March 2000 until in or about July 2000, in the District of Maryland and elsewhere, the defendants,

ABETUBOKUN A. ADESIOYE,
DAWN L. HALL,
SHAWN M. RAPHAEL,
OLUWAYINKA A. TAIWO and
YETUNDE F. OGUNYANKIN,

together with other persons known and unknown to the grand jury, did knowingly and willfully combine, conspire, confederate and agree to commit an offense against the United States, that is:

> knowingly to execute, and attempt to execute, a scheme and artifice to defraud a financial institution; and to obtain moneys, assets, securities and other property owned by, and under the custody and control of, a financial institution, by means of false and fraudulent pretenses, representations and promises, in violation of 18 U.S.C. § 1344.

## Manner and Means of the Conspiracy

11. It was a part of the conspiracy that the conspirators would and did obtain checks issued by Crestar Bank (also known as Suntrust Bank) on bank accounts of other persons ("fraudulent checks").

12. It was further a part of the conspiracy that the conspirators would and did fill out fraudulent checks, forge signatures on them, and deposit them into financial institution bank accounts controlled by the conspirators and by persons working with them.

13. It was further a part of the conspiracy that the conspirators and persons working with them would and did withdraw money from bank accounts into which the fraudulent checks were deposited.

## Overt Acts

In the course of and in furtherance of the conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed in the District of Maryland and elsewhere:

14. On or about March 22, 2000, **SHAWN M. RAPHAEL** issued fraudulent checks on the Crestar bank account of Louis Beckett and gave them to a co-conspirator in Calverton, Maryland.

15. On or about March 24, 2000, a fraudulent check issued on the account of Louis Beckett was written in the amount of $18,762.00 and deposited to a bank account in the name of Chandra Renee Norton at SunTrust Bank in Waldorf, Maryland.

16. On or about March 29, 2000, a fraudulent check issued on the account of Louis Beckett was written in the amount of $48,735.00 and deposited to a bank account in the name of Raymond W. Taylor at Chevy Chase Bank in Rockville, Maryland.

17. On or about April 1, 2000, a withdrawal was made of $2,500 from a bank account in the name of Raymond W. Taylor at Chevy Chase Bank in Springdale, Maryland.

18. On or about April 1, 2000, a withdrawal was made of $2,500 from a bank account in the name of Raymond W. Taylor at Chevy Chase Bank in Lanham, Maryland.

19. On or about April 4, 2000, **OLUWAYINKA A. TAIWO** issued fraudulent checks on the Crestar bank accounts of Ovrill Simmons and Jewel Estes and gave them to **ABETUBOKUN A. ADESIOYE** in Greenbelt, Maryland.

20. On or about April 4, 2000, a fraudulent check issued on the bank account of Jewel Estes was written in the amount of $18,637.67 and deposited to a bank account in the name of Kenishce Marchaman at First Commonwealth Credit Union in Pennsylvania.

21. On or about April 5, 2000, a fraudulent check issued on the bank account of Jewel Estes was written in the amount of $35,850.00 and deposited to a bank account in the name of Ramona Person at State Employees Credit Union of Maryland.

22. On or about April 14, 2000, a fraudulent check issued on the bank account of Ovrill Simmons was written in the amount of $20,450.00 and deposited to an account in the name of Mia Nixon at Chevy Chase Bank.

23. On or about April 18, 2000, a withdrawal was made of $5,000 from an account in the name of Mia Nixon at Chevy Chase Bank in Bowie, Maryland.

24. On or about April 18, 2000, a withdrawal was made of $3,000 from an account in the name of Mia Nixon at Chevy Chase Bank in Laurel, Maryland.

25. On or about April 25, 2000, a fraudulent check issued on the account of Ovrill Simmons was written in the amount of $22,800.00 and deposited to a bank account in the name of Willie Armstrong at Commonwealth One Federal Credit Union in Alexandria, Virginia.

4

26. On or about May 24, 2000, a fraudulent check issued on the account of Ovrill Simmons was written in the amount of $28,975.00 and deposited to a bank account in the name of Shanelda Latrese Countiss at Andrews Federal Credit Union in Suitland, Maryland.

27. On or about June 1, 2000, **DAWN L. HALL** had a telephone conversation with **OLUWAYINKA A. TAIWO**.

28. On or about July 18, 2000, **ABETUBOKUN A. ADESIOYE** had a telephone conversation with **DAWN L. HALL**.

29. On or about July 19, 2000, **YETUNDE F. OGUNYANKIN** picked up fraudulent checks at SunTrust Bank in Calverton, Maryland.

30. On or about July 20, 2000, **ABETUBOKUN A. ADESIOYE** had a telephone conversation with **DAWN L. HALL**.

18 U.S.C. § 371

## COUNT TWO

The Grand Jury further charges that:

1. Paragraphs 1 through 30 of Count One of this Indictment are incorporated herein as if set forth in full.

2. On or about March 29, 2000, in District of Maryland, the defendants,

**ABETUBOKUN A. ADESIOYE,
DAWN L. HALL and
SHAWN M. RAPHAEL,**

did knowingly execute, and attempt to execute, a scheme and artifice to defraud a financial institution, and to obtain moneys, assets, securities and other property owned by, and under the custody and control of, a financial institution, by means of false and fraudulent pretenses, representations and promises; by depositing a fraudulent Crestar Bank check in the amount of $48,735.00 to a bank account in the name of Raymond W. Taylor at Chevy Chase Bank in Rockville, Maryland.

18 U.S.C. § 1344
18 U.S.C. § 2

## COUNT THREE

The Grand Jury further charges that:

1.   Paragraphs 1 through 30 of Count One of this Indictment are incorporated herein as if set forth in full.

2.   On or about April 5, 2000, in District of Maryland, the defendants,

**ABETUBOKUN A. ADESIOYE,
DAWN L. HALL and
OLUWAYINKA A. TAIWO,**

did knowingly execute, and attempt to execute, a scheme and artifice to defraud a financial institution, and to obtain moneys, assets, securities and other property owned by, and under the custody and control of, a financial institution, by means of false and fraudulent pretenses, representations and promises; by depositing a fraudulent Crestar Bank check in the amount of $35,850.00 to a bank account in the name of Ramona Person at State Employees Credit Union of Maryland in Rockville, Maryland.

18 U.S.C. § 1344
18 U.S.C. § 2

## COUNT FOUR

The Grand Jury further charges that:

1. Paragraphs 1 through 30 of Count One of this Indictment are incorporated herein as if set forth in full.

2. On or about July 19, 2000, in District of Maryland, the defendants,

**ABETUBOKUN A. ADESIOYE and
YETUNDE F. OGUNYANKIN,**

did knowingly execute, and attempt to execute, a scheme and artifice to defraud a financial institution, and to obtain moneys, assets, securities and other property owned by, and under the custody and control of, a financial institution, by means of false and fraudulent pretenses, representations and promises, by obtaining fraudulent checks issued by SunTrust Bank in Calverton, Maryland.

18 U.S.C. § 1344
18 U.S.C. § 2

_____
LYNNE A. BATTAGLIA
United States Attorney

A TRUE BILL:

_____
Foreperson

Date: July 31, 2000

8

USCA2 20